# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**SAMERA T. BUTLER**,
Individual Plaintiff Pro Se
(Resident of New Jersey),

v.

**MITESH SHERE** (a/k/a "Tesh"), Individual;
**SHMUEL BRUMMEL**, Individual;
**ARIEL PERETZ**, Individual;
**JONATHAN ALLAYEV**, Individual;
**MENDEL ENGEL**, Individual;
**SILVERLINE SERVICES, INC.**, Corporate Entity;
**DIVERSE CAPITAL, LLC**, Corporate Entity;
**SM1 FUNDING**, Corporate Entity;
**ORANGE FUNDING LLC**, Corporate Entity;
**MONETARIA, LLC**, Corporate Entity;
**MEREL CORP.**, Corporate Entity;
**AINSWORTH & GORKIN PLLC**, Law Partnership;
**LEVI AINSWORTH, ESQ.**, Individual;
**YESHAYA GORKIN, ESQ.**, Individual; and
**ISAAC GREENFIELD LAW**, Legal Entity,
Defendants.

}

**Civil Action No.: 2:26-cv-08397-AMP**

**NOTICE OF SUPPLEMENTAL EVIDENTIARY EXHIBIT FILING**

Filed Electronically on the Active Docket

Hon. Judge AMP
(Pending Transfer to Hon. Juan R. Sánchez)

**JURY TRIAL DEMANDED**

## NOTICE OF SUPPLEMENTAL EVIDENTIARY EXHIBIT FILING

### TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff Samera T. Butler, proceeding strictly in her pro se individual capacity having severed all corporate filters, respectfully submits this Notice of Supplemental Evidentiary Exhibit Filing to the United States District Court for the Eastern District of Pennsylvania. This submission formally places onto the active electronic federal docket newly uncovered, smoking-gun documentary and system-generated evidence (Exhibits 14, 15, and 16) directly corroborating the multi-state commercial extraction scheme, civil racketeering (RICO), and systematic litigation fraud set forth in the First Amended Civil Complaint.

As set forth below, these supplemental records conclusively establish that the Defendants' ability to secure fraudulent state court default judgments was completely and directly contingent upon filing false Affirmations of Service under penalty of perjury. Furthermore, system-generated tracking screenshots demonstrate that the enterprise intentionally engineered a systematic jurisdictional blind spot by executing their campaigns exclusively under an unassigned, un-reviewed "Pre-RJI" status. No federal or state judge ever saw, evaluated, or signed off on these files before automated clerk mechanisms were manipulated to execute massive extrajudicial asset extractions and banking locks.

## EXHIBIT 14: AFFIRMATION OF SERVICE AND GREEN CARD RETURN RECEIPT (INDEX NO. 517187/2023)

**Description of Falsification & Non-Service:** Formally documents an additional, bad-faith electronic instrument filed with the Kings County Clerk on June 13, 2023, by Enterprise Attorney Isaac H. Greenfield, Esq., which directly exposes the mechanical operations of the syndicate's "sewer service" network. This instrument reveals that attorney Greenfield falsely certified under penalty of perjury that proper out-of-state service was executed via Certified Mail targeting a commercial office at 8725 Frankford Ave, Philadelphia, PA—a location the enterprise possessed actual knowledge was completely vacant, locked, and abandoned since the end of 2021.

Crucially, the attached PS Form 3811 Return Receipt ("Green Card") documents reveal absolute proof of structural non-service: **Sections A (Signature), B (Received By), and C (Date of Delivery) are completely blank, carrying no signatures or delivery marks whatsoever.** By filing these blank tracking receipts while certifying that service had cleared, the enterprise committed flagrant legal perjury on the electronic docket. They knowingly utilized entirely undeliverable mail loops to intentionally insulate the state proceedings from judicial review, ensuring the individual Plaintiff remained completely unaware of the action until automated collection operations were deployed to freeze active healthcare lines.

## EXHIBIT 15: NYSCEF ELECTRONIC TRACKING SCREEN CAPTURE – INDEX NO. 516749/2022

**Description of System Metric:** Direct digital screenshot of the New York State Unified Court System Electronic Filing docket for the action titled *Silverline Services Inc v. Top Choice Home Care, LLC and Samera Butler* (Index No. 516749/2022). This record captures the official case status explicitly logged on the live system as **"Partial Participation Recorded - Pre-RJI."** This empirical tracking entry confirms that the defendant law partnerships intentionally bypassed judicial review by never filing a Request for Judicial Intervention (RJI), ensuring that no state court judge was ever assigned to review, see, or sign the pleadings or verify the fraudulent address configurations before default clerks were induced to enter six-figure balloon liabilities.

**EXHIBIT 16: NYSCEF ELECTRONIC TRACKING SCREEN CAPTURE – INDEX NO. 517187/2023**

**Description of System Metric:** Direct digital screenshot of the New York State Unified Court System Electronic Filing docket for the action titled *Orange Funding LLC v. Top Choice Home Care and Samera Butler* (Index No. 517187/2023). Mirroring Exhibit 15, this system record catches the enterprise utilizing an identical, institutionalized unassigned case profile logged as **"Partial Participation Recorded - Pre-RJI."** This configuration provides irrefutable evidence of a cohesive, single lending and collection syndicate pattern under Federal Civil RICO standards, demonstrating that the enterprise systematically locked down bank accounts and extrajudicially seized alternative transport property based on default mechanisms obtained entirely outside the eyes of the court and without a single judicial signature.

Dated: November 6, 2026

Respectfully submitted,

SAMERA T. BUTLER
Plaintiff Pro Se, Individually
216 N 5th Ave. Unit 3
Long Branch, NJ 07740
Phone: (718) 564-6268