SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

ORANGE FUNDING LLC,

*PLAINTIFF,*

-AGAINST-

TOP CHOICE HOME CARE and SAMERA BUTLER,

*DEFENDANT(S),*

Index No.: 517187/2023

**AFFIRMATION OF SERVICE**

State of New York :
: ss:
County of Rockland :

ISAAC H. GREENFIELD, ESQ., an attorney duly admitted to practice law in the Courts of the State of New York, hereby affirms the following to be true:

I am the attorney for Plaintiff, am over the age of 18 years, am not a party to this action, and am a resident of the State of New York. On June 13, 2023, I served the within Summons and Complaint by delivering to Defendants via Certified Mail, pursuant to Section 51 of the Merchant Cash Advance Agreements entered into between the Parties, a copy of the Summons and Verified Complaint, to the address(es) below (the certified mailing labels are annexed hereto for the Court's reference).

Dated: Suffern, New York
June 13, 2023

Isaac H. Greenfield, Esq.
2 Executive Blvd., Ste. 305
Suffern, NY 10901
PHONE: 718 564-6268
FAX: 516-387-1117

To:

TOP CHOICE HOME CARE
8725 FRANKFORD AVE, PHILADELPHIA, PA 19136
Tracking No.: 9414 7112 0620 3285 6080 32

SAMERA BUTLER
8725 FRANKFORD AVE, PHILADELPHIA, PA 19136
Tracking No.: 9414 7112 0620 3285 6068 47

ARTICLE ADDRESSED TO:
TOP CHOICE HOME CARE
8725 Frankford Ave
PHILADELPHIA PA 19136-2126

| FEES | |
|---|---|
| Postage Per Piece | $0.600 |
| Certified Fee | $4.150 |
| Return Receipt Fee | 3.350 |
| Total Postage & Fees | $8.100 |

Post Mark Here

↑RECEIPT↑

stamps.com®

Restricted Delivery? (Extra Fee) ☐ Yes

Service Type **CERTIFIED**

Article Number
9414 7112 0620 3285 6080 32

9414 7112 0620 3285 6080 32

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)
X

B. Received By: (Please Print Clearly)

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City State ZIP + 4 Code

Article Addressed To:

TOP CHOICE HOME CARE
8725 Frankford Ave
PHILADELPHIA PA 19136-2126

Covered by and/or for use with U.S. Patents 5,510,992; 5,682,318; 5,801,944; 6,868,406; 7,216,110; 7,236,956; 7,236,970; 7,490,065; 7,567,940; 7,613,639; 7,743,043; 7,882,094; 8,027,926; 8,027,927; 8,027,935; 8,041,644; 8,046,823; 8,103,647; 8,195,579; 8,301,572;

USA/CERTIFIED mailer system LITTLE ROCK, AR http://USAMailer.com USA CMF-076 Envelope Laser Form

PS Form 3810, 2/04 (08/22)

CERTIFIED MAIL

CERTIFIED MAIL

Law Offices of Isaac H. Greenfield, PLLC
2 Executive Blvd., Suite 305
Suffern NY 10901-8219

9414 7112 0620 3285 6080 32

**RETURN RECEIPT REQUESTED**

TOP CHOICE HOME CARE
8725 Frankford Ave
PHILADELPHIA PA 19136-2126

ARTICLE ADDRESSED TO:
SAMERA BUTLER
8725 Frankford Ave
PHILADELPHIA PA 19136-2126

FEES

| | |
|---|---|
| Postage Per Piece | $0.600 |
| Certified Fee | $4.150 |
| Return Receipt Fee | 3.350 |
| **Total Postage & Fees** | **$8.100** |

Post Mark Here

↑RECEIPT↑

stamps.com

Restricted Delivery? (Extra Fee) ☐ Yes

Service Type **CERTIFIED**

Article Number
9414 7112 0620 3285 6068 47

9414 7112 0620 3285 6068 47

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)
X

B. Received By: (Please Print Clearly)

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City State ZIP + 4 Code

**Article Addressed To:**

SAMERA BUTLER
8725 Frankford Ave
PHILADELPHIA PA 19136-2126

Covered by and/or for use with U.S. Patents 5,510,992; 5,682,318; 5,801,944; 6,868,406; 7,216,110; 7,236,956; 7,236,970; 7,490,065; 7,567,940; 7,613,639; 7,743,043; 7,882,094; 8,027,926; 8,027,927; 8,027,935; 8,041,644; 8,046,823; 8,103,647; 8,195,579; 8,301,572;

USA/CERTIFIED Mailer system
USA CMF-076
Envelope Laser Form

PS Form 3810, 2/04

08/22

CERTIFIED MAIL

CERTIFIED MAIL

Law Offices of Isaac H. Greenfield, PLLC
2 Executive Blvd., Suite 305
Suffern NY 10901-8219

9414 7112 0620 3285 6068 47

**RETURN RECEIPT REQUESTED**

SAMERA BUTLER
8725 Frankford Ave
PHILADELPHIA PA 19136-2126

Index No. Year RJI No. Hon.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

ORANGE FUNDING LLC,

Plaintiff,

-against-

TOP CHOICE HOME CARE and SAMERA BUTLER,

Defendants.

**AFFIRMATION OF SERVICE**

**ISAAC H. GREENFIELD, ESQ.**
*Attorney for Plaintiff*
*Office and Post Office Address, Telephone*
**2 Executive Blvd., Ste. 305**
**Suffern, NY 10901**
**PHONE: 718-564-6268**
**FAX: 516-387-1117**

Service of a copy of the within is hereby admitted.

Dated,

Attorney(s) for

Please take notice
☐ Notice of Entry
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within name court on
☐ Notice of settlement
that an order of which the within is a true copy will be presented for
settlement to the HON. one of the judges
of the within named court, at on at
Dated,

Yours, etc.

Attorney(s) for