New York State Unified Court System

NYSCEF - New York State Courts Electronic Filing (Live System)

ants

## Case Search Results

Case Number: **516749/2022**

Modify Search | New Search

**Sort By:** Claim/Index # Sort

| Case # / Received Date | eFiling Status / Case Status | Caption | Court / Case Type |
|---|---|---|---|
| 516749/2022<br>06/09/2022 | Partial Participation Recorded<br>*Pre-RJI* | SILVERLINE SERVICES INC v. TOP CHOICE HOME CARE, LLC D/B/A TOP CHOICE HOME CARE, LLC et al | Kings County Supreme Court<br>*Other Matters - Contract - Other* |