https://iapps.courts.state.ny.us/nyscef/CaseSearchResults

New York State Unified Court System

NYSCEF - New York State Courts Electronic Filing (Live System)

igants

t

s

ents

on

## Case Search Results

Case Number: **517187/2023**

Modify Search | New Search

**Sort By:** Claim/Index # Sort

| Case # Received Date | eFiling Status Case Status | Caption | Court Case Type |
|---|---|---|---|
| 517187/2023 06/13/2023 | Partial Participation Recorded *Pre-RJI* | ORANGE FUNDING LLC v. TOP CHOICE HOME CARE et al | Kings County Supreme Court *Other Matters - Contract - Other* |