# Pro Se Electronic Filing

**Name:**

Samera Butler

**Email Address:**

Topchoicehomecare@gmail.com

**Phone Number**

7326646088

**Are you filing a new case?**

Yes, I'm filing a new case.

**Case Caption**

Butler v. Shere Et Al

**Case Number**

2:26-cv-08397

**Description of Document(s)**

In Support of First Amended Civil Complaint, Presenting Newly Uncovered Exhibits 14, 15, 16 detailing unassigned Pre-RJI State Court default maneuvers and defective service

**Do you have a mailing address?**

Yes

**Mailing Address Line 1**

216 N 5th Ave Unit 3

**City:**

Long Branch

**State:**

NJ

**Zip Code:**

07740

**Terms of Submission**

**Yes**

Show empty values